Case 1:26-cv-01128-JW Document 19 Filed 10/02/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

JAVIER SANTIAGO, *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

BOWEN HOSPITALITY LLC (D/B/A EAST END BAR & GRILL), and KENNETH BOWEN,

*Defendants,*

----------------------------------------------------------------X

Civil Action No. 26-cv-01128 (JW)

**ORDER OF JUDGMENT**

## JUDGMENT

On September 30, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Javier Santiago, has judgment against Kenneth Bowen in the amount of Twelve Thousand and Five Hundred Dollars and Zero Cents ($12,500.00), which is inclusive of attorneys' fees and costs.

Dated: October 2, 2026

Jennifer E. Willis

HON. JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE